FORM 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____x
                                     :
                                     :
NEIMENGGU FUFENG BIOTECHNOLOGIES     :
CO., LTD. (AKA INNER MONGOLIA FUFENG :
BIOTECHNOLOGIES CO., LTD.), SHANDONG :
FUFENG FERMENTATION CO., LTD.,       :
XINJIANG FUFENG BIOTECHNOLOGIES CO., :
LTD.,                                :
                                     :
                  Plaintiffs,        :
                                     :      SUMMONS
       v.                            :
                                     :      Court No. 23-00068
UNITED STATES,                       :
                                     :
                  Defendant.         :
                                     :
_____x
```

TO:   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

<u>**/s/ Mario Toscano**</u>
Clerk of the Court

1. <u>Name and standing of plaintiff</u>: Plaintiffs, Neimenggu Fufeng Biotechnologies Co., Ltd. (aka Inner Mongolia Fufeng Biotechnologies Co., Ltd.), Shandong Fufeng Fermentation Co., Ltd., and Xinjiang Fufeng Biotechnologies Co., Ltd. are foreign producers/exporters of xanthan gum from the People's Republic of China.  As Chinese producers/exporters of subject merchandise, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(a) and were parties to the proceeding that led to the determination being challenged.  Plaintiffs participated in the proceeding as mandatory respondents through the submission of questionnaire responses and written arguments.  As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>: The contested determination is the U.S. Department of Commerce's final results in the 8th annual administrative review of the antidumping duty order on xanthan gum from the People's Republic of China.  *See* <u>Xanthan Gum from the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2020-2021</u>, 88 Fed. Reg. 9861 (February 15, 2023).  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).  This Summons is being filed within 30

days of the publication in the Federal Register of the final determination and is timely filed pursuant to 19 U.S.C. § 1516(a)(2)(A).

3. <u>Effective date of the determination:</u> February 15, 2023.

4. <u>Date of publication in the Federal Register of the contested determination</u>: February 15, 2023.

          Respectfully submitted,

          <u>/s/ *Ned H. Marshak*</u>
          Ned H. Marshak*
          Elaine F. Wang
          Brandon M. Petelin
          Jordan C. Kahn
          Dharmendra N. Choudhary
          Kavita Mohan

          GRUNFELD, DESIDERIO, LEBOWITZ SILVERMAN & KLESTADT LLP

          *599 Lexington Ave FL 36,
          New York NY 10022
          (212) 557-4000
          -and-
          1201 New York Ave., NW, Suite 650
          Washington, DC 20005
          (202) 783-6881

Dated:  March 16, 2023

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

                                                  The Honorable Mario Toscano
                                                  Clerk of the Court

Date: March __, 2023                        By:_____