**Form 18A-1**

**UNITED STATES COURT OF INTERNATIONAL TRADE**         **FORM 18A**

| |
|---|
| Neimenggu Fufeng Biotechnologies Co., Ltd. et al<br><br>                                      Plaintiff,<br><br>       v.<br>United States<br>                              Defendant. |

Court No.                    23-cv-00068-(

and Attached Schedule

**NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS
TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)**

PLEASE TAKE NOTICE that Emily Elaine Burton _____, an attorney

with U.S. Department of Commerce _____, who previously entered an appearance on behalf of

U.S. Department of Commerce _____ in this action [and the related actions listed in the

attached schedule], is no longer participating in this action.   Please remove

his/her CM/ECF access to business proprietary information and assure that

he/she is no longer served with business proprietary information.

Date: 6/10/2026 _____

Emily Elaine Burton
_____
                Attorney

Department of Commerce
_____
                Agency

1401 Constitution Ave.
_____
           Street Address

Washington, D.C. 20230
_____
        City, State and Zip Code

(202) 839-2273
_____
         Telephone Number

emily.burton@trade.gov
_____
            E-mail Address

**Form 18A-2**

Schedule to Notification of Termination of Government Attorney
Access to Business Proprietary Information

| Court Number(s) | Case Name |
|---|---|
| 1:23-cv-00133-MMB<br>1:23-cv-00239-JAR<br>1:25-cv-00187-TCS<br>1:25-cv-00235-JAR<br>1:25-cv-00236-LMG<br>1:26-cv-00825-JAR | Giorgio Foods, Inc. v. United States<br>Archer Daniels Midland Company v. United States<br>Jiangxi Brother Pharmaceutical Co., Ltd. v. United States<br>Galvasid S.A. de C.V. v. United States<br>Ternium Mexico, S.A. de C.V. v. United States<br>Galvasid S.A. de C.V. v. United States |

(As added Dec. 4, 2012, eff. Jan. 1, 2013; and amended Oct. 23, 2025, eff. Dec. 1, 2025.)